616 A.2d 1292

IN THE MATTER OF ALAN C. SUGARMAN,
AN ATTORNEY AT LAW.

December 17, 1992.

ORDER

**ALAN C. SUGARMAN** of **ASBURY PARK** who was admitted to the bar of this State in 1955, having pleaded guilty to seventeen counts of embezzlement in violation of 18 *U.S.C.A.* § 153, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b), **ALAN C. SUGARMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **ALAN C. SUGARMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ALAN C. SUGARMAN** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.